# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL CARRERA-ROMERO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation,<br><br>Defendants. | Case No.: 2:24-cv-02144-JAM-SCR<br><br>Judge: Hon. John A. Mendez<br><br>Magistrate Judge: Hon. Sean C. Riordan<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The deadline to file dismissal and dispositional documents is hereby extended by one hundred twenty (120) days to April 9, 2025.

**IT IS SO ORDERED.**

Dated: December 5, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE