**QUILL & ARROW, LLP**
Kevin Y. Jacobson, Esq. (SBN 320532)
kjacobson@quillarrowlaw.com
Danja Stocca (SBN 350295)
dstocca@quillarrowlaw.com
e-service@quillarrowlaw.com
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Attorneys for Plaintiffs,
**RAUL CARRERA-ROMERO**

**SHOOK, HARDY & BACON L. L. P.**
Amir M. Nassihi, Esq. (SBN 235936)
anassihi@shb.com
Karyn L. Ihara, Esq. (SBN 298950)
kihara@shb.com
555 Mission Street
San Francisco, CA 94105
Attorneys for Defendant,
**NISSAN NORTH AMERICA, INC.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL CARRERA-ROMERO, an individual,<br><br>         Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Limited Liability Company,<br><br>         Defendant, | Case No.: 2:24-cv-02144-JAM-SCR<br><br>*Senior District Judge: John A. Mendez*<br>*Magistrate Judge: Hon. Sean C. Riordan*<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

1
STIPULATION AND ORDER OF DISMISSAL

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED, by and between Plaintiff, RAUL CARRERA-ROMERO and Defendant, NISSAN NORTH AMERICA, INC, by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice.

Dated:   June 9, 2025     **SHOOK, HARDY & BACON L. L. P.**

By:   /s/Karyn l. Ihara
Amir M. Nassihi, Esq.
Karyn L. Ihara, Esq.
Attorneys for Defendant

**NISSAN NORTH AMERICA, INC**

Dated:   June 9, 2025     **QUILL & ARROW, LLP**

By:   [signature: Danja Stocca]
Kevin Y. Jacobson, Esq.
Danja Stocca, Esq.
Attorneys for Plaintiff,
**RAUL CARRERA-ROMERO**

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Amir M. Nassihi, Esq. counsel for Nissan North America, Inc, and that I have obtained authorization to affix her electronic signature to this document.

**QUILL & ARROW, LLP**

/s/ Danja Stocca
Kevin Y. Jacobson, Esq.
Danja Stocca, Esq.
Attorneys for Plaintiff,
**RAUL CARRERA-ROMERO**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAUL CARRERA-ROMERO an individual,<br><br>　　　　　Plaintiff,<br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation,<br><br>　　　　　Defendant. | Case No.: 2:24-cv-02144-JAM-SCR<br>*Senior District Judge: John A. Mendez*<br>*Magistrate Judge: Hon. Sean C. Riordan*<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is **GRANTED**. The entire action, including all claims and counterclaims stated herein against all parties, is hereby **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Dated: June 09, 2025            /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE